**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR 07 115 S |
| v. | : | CR. NO. |
| **THOMAS BOUCHER** | : | |

FILED
AUG 27 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

COUNT 1

1. At all times relevant to this information, the Navy Federal Credit Union ("NFCU") was a financial institution with its deposits insured by the National Credit Union Administration ("NCUA"), and with branches located in the District of Rhode Island.

2. From in or about January 30, 2004, and continuing until on or about June 27, 2004, the exact dates being unknown to the United States, within the District of Rhode Island and elsewhere, the Defendant, THOMAS BOUCHER, knowingly executed, and attempted to execute a scheme and artifice to defraud the Navy Federal Credit Union, a federally-insured financial institution, and to obtain money under the custody and control of that financial institution, by means of false and fraudulent pretenses, representations, and promises.

3. The object of this scheme was for the defendant to unlawfully obtain money by having fraudulent checks deposited

into accounts at NFCU and then having funds withdrawn from those accounts before the banks discovered that the checks were fraudulent.

4. On or about June 16, 2004, BOUCHER fraudulently opened account number 3001762388 at NFCU in the name of John E. Wahl, without Wahl's authorization. On or about June 25, 2004, BOUCHER did, with the intent to defraud, execute the scheme to defraud by depositing at NFCU check number 232, drawn on BOUCHER'S Citizens Bank account, in the amount of $2600.00, which was payable to John E. Wahl. To make the deposit, BOUCHER forged Wahl's signature.

All in violation of 18 U.S.C. §§1344 and 2.

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief of the Criminal Division

TERRENCE P. DONNELLY
Assistant U.S. Attorney