CR 07 115 S

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [x] INFORMATION [ ] INDICTMENT [ ] COMPLAINT

CASE NO. ____________

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added

[ ] Indictment [ ] Charges/Counts Added

[ ] Information

USA vs.

Defendant: THOMAS BOUCHER

Address:

[ ] [illegible]

Birth Date REDACTED [illegible] able)

Social Security Number [illegible]49

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

[ ] U.S. Atty [ ] Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

US NAVY

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Atty [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: County

### DEFENDANT

Issue: [x] Warrant [ ] Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

[ ] Currently in Federal Custody

[x] Currently in State Custody

[ ] Writ Required

[ ] Currently on bond

[ ] Fugitive

Defense Counsel (if any): Edward C. Roy, Esq.

[x] FPD [ ] CJA [ ] RET'D

[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. Section 1344 | Bank Fraud | [x] Felony [ ] Misdemeanor |
| | | Penalties: 30 years imprisonment; a fine of up to | [ ] Felony [ ] Misdemeanor |
| | | $1,000,000. or twice the amount of gain or loss; 5 years | [ ] Felony [ ] Misdemeanor |
| | | supervised release; and a $100. special assessment | [ ] Felony [ ] Misdemeanor |
| | | Estimated Trial Days: 3 | [ ] Felony [ ] Misdemeanor |