O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
THOMAS BOUCHER

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 115 S

I, THOMAS BOUCHER, the above named defendant, who is accused of bank fraud.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Aug. 30, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

THOMAS BOUCHER
Defendant

EDWARD C. ROY
Counsel for Defendant

Before ______________________
Judicial Officer USMJ