RECEIVED
U.S. MARSHALS SERVICE
AUG 27 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

THOMAS BOUCHER

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-115S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest THOMAS BOUCHER
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD

in violation of Title 18 United States Code, Section(s) 1344

| | |
|---|---|
| Martha Saucier | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | August 27, 2007 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 08/27/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/30/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.